# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PATRICIA S. BOBROWSKI                                    NO.   2023 CW 0547

VERSUS

JOSEPH R. BOBROWSKI                                      **JULY 18, 2023**

---

In Re:     Jospeh Bobrowski, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           2019-12635.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE JJ.**

     **WRIT DENIED.**

                                    JEW
                                    EW

     **Holdridge J.,** concurs and would deny the writ on the
showing made.

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
       FOR THE COURT